JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| WILLIAM L. PROCTOR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>R. PHILIP GUTTIERREZ,<br><br>　　　　Respondent. | No. CV 12-04774-ODW (VBK)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND TRANSFERRING THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) the Court accepts the findings and recommendations of the Magistrate Judge; (2) the Court orders that this action is transferred to the United States District Court for the Central District of Illinois; and (3) the Clerk of the Court shall effect such transfer and notify Petitioner.

DATED: May 10, 2013

　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE